do so individually. *Commonwealth v. Murphy*, 540 Pa. 318, 657 A.2d 927 (1995). Thus, this claim is meritless.

Accordingly, appellant is not entitled to PCRA relief.[26]

**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Joseph Bradley RATHFON, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 28, 1999.

Decided March 25, 1999.

John F. Marshall, Shippenville, for appellant.

George R. Kepple, Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

---

**26.** Within ninety (90) days of the date that the sentence of death is upheld by this Court, the Prothonotary of this Court is directed to transmit to the governor's office the full and complete record of the trial, sentencing hearing, imposition of sentence and review by the Supreme Court pursuant to 42 Pa.C.S. § 9711(i).

---

## ORDER

PER CURIAM.

AND NOW, this 25th day of March, 1999, the appeal in the above captioned case is dismissed as improvidently granted.

Justice SAYLOR did not participate in the consideration or decision of this case.